IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| STEPHNEY MORRISON,<br>Plaintiff, | § § § | |
| VS. | § § | CIVIL NO. 4:23-CV-813-P |
| AMERICA AIRLINES, INC.,<br>Defendant. | § § § | |

## FINDINGS, CONCLUSIONS, AND RECOMMENDATION REGARDING AMERICAN AIRLINES' MOTION TO DISMISS

Pending before the Court is Defendant American Airlines, Inc. ("American")'s Motion to Dismiss [doc. 13], filed September 21, 2023. Having considered the motion, complaint, and the applicable law—and noting that Stephney Morrison wholly failed to respond—the Court recommends that the Motion be **GRANTED** for the reasons stated therein.

### RECOMMENDATION

For the reasons set above, the Court **RECOMMENDS** that American Airlines' Motion to Dismiss [doc. 13] be **GRANTED**.

### NOTICE OF RIGHT TO OBJECT TO PROPOSED FINDINGS, CONCLUSIONS AND RECOMMENDATION AND CONSEQUENCES OF FAILURE TO OBJECT

Under 28 U.S.C. § 636(b)(1), each party to this action has the right to serve and file specific written objections in the United States District Court to the United States Magistrate Judge's proposed findings, conclusions and recommendation within fourteen (14) days after the party has been served with a copy of this document. The United States District Judge need only make a *de novo* determination of those portions of the United States Magistrate Judge's proposed findings,

conclusions and recommendation to which specific objection is timely made. *See* 28 U.S.C. § 636(b)(1). Failure to file, by the date stated above, a specific written objection to a proposed factual finding or legal conclusion will bar a party, except upon grounds of plain error or manifest injustice, from attacking on appeal any such proposed factual findings and legal conclusions accepted by the United States District Judge. *See Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415, 1428–29 (5th Cir. 1996), *modified by statute on other grounds*, 28 U.S.C. § 636(b)(1) (extending time to file objections to 14 days).

## ORDER

Under 28 U.S.C. § 636, it is hereby **ORDERED** that each party is granted until **November 1, 2023,** to serve and file written objections to the United States Magistrate Judge's proposed findings, conclusions and recommendation. It is further **ORDERED** that if objections are filed and the opposing party chooses to file a response, the response shall be filed within seven (7) days of the filing date of the objections.

It is further **ORDERED** that the above-styled and numbered action, previously referred to the United States Magistrate Judge for findings, conclusion, and recommendation, be and hereby is returned to the docket of the United States District Judge.

SIGNED October 18, 2023.

JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE