UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**STEPHNEY MORRISON**

   Plaintiff,

v.                                   No. 4:23-cv-00813-P

**AMERICAN AIRLINES, INC,**

   Defendant.

## FINAL JUDGMENT

This final judgment is issued pursuant to Federal Rule of Civil Procedure 58(a). In accordance with the Court's Order on this same day (ECF No. 25), this case is **DISMISSED**. The Clerk of the Court shall transmit a true copy of this judgment to the parties.

**SO ORDERED** on this **13th day of February 2024.**

_____
Mark T. Pittman
UNITED STATED DISTRICT JUDGE